ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JAN 1 6 1996

NANCY DOHERTY, CLERK
By_____
Deputy

| | | |
|---|---|---|
| TRINI GAMEZ | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | |
| HEREFORD INDEPENDENT SCHOOL | § | CIVIL ACTION NO. |
| DISTRICT, RON WIESHAAR, | § | 2-95-CV-028 |
| STEVE WRIGHT, RANDY TULLEY, | § | |
| JAMES MARSH, MIKE VEAZEY, | § | |
| JOE FLOOD and RAUL VALDEZ, | § | |
| all in their official | § | |
| capacities as members of the | § | |
| HEREFORD INDEPENDENT SCHOOL | § | |
| DISTRICT, HEREFORD, TEXAS | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER OF JUDGMENT AND DISMISSAL

Plaintiff and Defendants have settled and compromised all matters at issue in the above entitled and numbered suit as set out in the Agreed Settlement previously entered into the record and incorporated herein for all purposes.   The proposed election plan agreed upon received preclearance from the United States Department of Justice as of December 12, 1995.  It is therefore, ORDERED that the election system of Defendant school district be and hereby is changed from an at-large election system to single-member districts as set out more specifically in the Agreed Settlement.  It is further,

19

ORDERED that this suit is dismissed with costs charged to the parties incurring same.

Signed this _____ day of _____, 1996.

Mary Lou Robinson
United States District Judge

APPROVED AS TO FORM AND CONTENT:

_____          _____
JUDY C. UNDERWOOD                         DATE
State Bar No. 02882300
Walsh, Judge, Anderson,
   Underwood & Schulze, P.C.
P. O. Box 2156
Austin, Texas  78768
Telephone:  (512) 454-6864
Facsimile:  (512) 467-9318

ATTORNEY FOR DEFENDANTS

_____          _____
ROLANDO RIOS                              DATE
State Bar No. 16935900
Attorney at Law
115 East Travis Street
Suite 1024
San Antonio, Texas  78205
Telephone:  (210) 222-2102
Facsimile:  (210) 222-2898

ATTORNEY FOR PLAINTIFF

2

ORIGINAL    IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
       FILED
     DEC 21 1995

NANCY DOHERTY, CLERK
By_____
           Deputy
```

| | |
|---|---|
| TRINI GAMEZ | § |
| | § |
|     Plaintiff | § |
| | § |
| v. | § |
| | § |
| HEREFORD INDEPENDENT SCHOOL | § |
| DISTRICT, RON WIESHAAR, | § |
| STEVE WRIGHT, RANDY TULLEY, | § |
| JAMES MARSH, MIKE VEAZEY, | § |
| JOE FLOOD and RAUL VALDEZ, | § |
| all in their official | § |
| capacities as members of the | § |
| HEREFORD INDEPENDENT SCHOOL | § |
| DISTRICT, HEREFORD, TEXAS | § |
| | § |
|     Defendants. | § |

CIVIL ACTION NO.
2-95-CV-028-

### DEFENDANTS' UNOPPOSED MOTION FOR EXECUTION OF CONSENT DECREE AND FOR DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants herein and file their Unopposed Motion for Dismissal showing the following:

The parties have entered into a <u>Consent Decree</u>, <u>Agreed Settlement</u>, and <u>Settlement Agreement and Release</u> which disposes of all issues raised in this suit, including attorney's fees. The <u>Agreed Settlement</u>, and <u>Settlement Agreement and Release</u> have previously filed with the Court and are incorporated herein for all purposes. The <u>Consent Decree</u> has previously been presented to the court but has yet to be executed with the Court. The proposed agreed election plan received preclearance from the United States Department of Justice as of December 12, 1995. A copy of the same is attached and incorporated herein for all purposes as "Exhibit

A." All matters in dispute have been settled by agreement and all conditions for dismissal of this suit have been met.    WHEREFORE, Defendants request that the Court execute the Consent Decree on file herein and issue an Order dismissing Plaintiff's suit in all things taxing costs against the parties incurring same.

Respectfully submitted,

WALSH, ANDERSON, UNDERWOOD,
  SCHULZE & ALDRIDGE, P.C.
P.O. Box 2156
Austin, Texas  78768
TELEPHONE: (512) 454-6864
FACSIMILE: (512) 467-9318

BY: _____
    Judy Underwood
    State Bar No. 02882300

ATTORNEYS FOR DEFENDANTS


### CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff and Defendants have discussed this Motion and no objection has been presented.

_____
Judy Underwood


### CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of December, 19__, a true and correct copy of the above and foregoing pleading was served upon counsel of record by placing same in the United States mail, certified, return receipt requested, postage prepaid and addressed as follows:

Rolando L. Rios
Attorney at Law
115 E. Travis, Suite 1024
San Antonio, Texas 78205

_____
Judy Underwood

3

**U.S. Department of Justice**

Civil Rights Division

DLP:CMK:FHD:emr
DJ 166-012-3
95-3325

*Voting Section*
*P.O. Box 66128*
*Washington, D.C. 20035-6128*

December 12, 1995

Judy Underwood, Esq.
Walsh, Anderson, Underwood, Schulze,
  & Aldridge
P. O. Box 2156
Austin, Texas  78768

Dear Ms. Underwood:

　　This refers to the change in the method of election from
five single-member districts and two at large to seven single-
member districts, the districting plan, the adoption of plurality
vote, the implementation schedule, and a conditional nonresidency
requirement for the Hereford Independent School District in
Castro, Deaf Smith and Parmer Counties, Texas, submitted to the
Attorney General pursuant to Section 5 of the Voting Rights Act,
42 U.S.C. 1973c.  We received your submission on October 13,
supplemental information was received on December 8, 1995.

　　The Attorney General does not interpose any objection to the
specified changes.  However, we note that Section 5 expressly
provides that the failure of the Attorney General to object does
not bar subsequent litigation to enjoin the enforcement of the
changes.  See the Procedures for the Administration of Section 5
(28 C.F.R. 51.41).

　　　　　　　　　　　Sincerely,

　　　　　　　　　　Deval L. Patrick
　　　　　　　　Assistant Attorney General
　　　　　　　　　Civil Rights Division

　　　　　By: *Allen M. Kane*

　　　　　　*for* Elizabeth Johnson
　　　　　　Acting Chief, Voting Section



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**F I L E D**

DEC 20 1995

NANCY DOHERTY, CLERK
By_____
             Deputy

| | |
|---|---|
| TRINI GAMEZ | § |
| | § |
| Plaintiff | § |
| | § |
| v. | § |
| | § |
| HEREFORD INDEPENDENT SCHOOL | § |
| DISTRICT, RON WIESHAAR, | § |
| STEVE WRIGHT, RANDY TULLEY, | § |
| JAMES MARSH, MIKE VEAZEY, | § |
| JOE FLOOD and RAUL VALDEZ, | § |
| all in their official | § |
| capacities as members of the | § |
| HEREFORD INDEPENDENT SCHOOL | § |
| DISTRICT, HEREFORD, TEXAS | § |
| | § |
| Defendants. | § |

CIVIL ACTION NO.
2-95-CV-028-J

<u>ORDER GRANTING UNOPPOSED MOTION TO EXTEND ABATEMENT</u>

The Court, having considered the arguments presented in Defendants' Unopposed Motion to Extend Abatement, finds that such Motion has merit and it is, therefore;

ORDERED that the Court's Order of September 13, 1995, is hereby extended to January 18, 1995 pending receipt of preclearance from the Department of Justice.

Signed this _____ day of _____ 1995.

Mary Lou Robinson
United States District Judge

17

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

DEC 1 8 1995

NANCY DOHERTY, CLERK

By_____
                Deputy

| | |
|---|---|
| TRINI GAMEZ | § |
| | § |
|     Plaintiff | § |
| | § |
| v. | § |
| | § |
| HEREFORD INDEPENDENT SCHOOL | § |
| DISTRICT, RON WIESHAAR, | § |
| STEVE WRIGHT, RANDY TULLEY, | § |
| JAMES MARSH, MIKE VEAZEY, | § |
| JOE FLOOD and RAUL VALDEZ, | § |
| all in their official | § |
| capacities as members of the | § |
| HEREFORD INDEPENDENT SCHOOL | § |
| DISTRICT, HEREFORD, TEXAS | § |
| | § |
|     Defendants. | § |

CIVIL ACTION NO.
2-95-CV-028-J

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND ABATEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Court's Order dated September 13, 1995, regarding the abatement of this case, the parties have settled all issues in this case and are actively attempting to obtain preclearance from the Department of Justice. The Submission ordered therein was made on October 13, 1995. Clarification of certain issues was requested by the Department of Justice and Defendants' counsel promptly responded by letter dated December 8, 1995, attached hereto as Exhibit A. The Department of Justice's sixty days ended on December 12, 1995 but no response has been received as of December 15, 1995 and Counsel's phone calls to the Department of Justice have not been returned.

The Defendants therefore request a thirty day extension of the abatement of this case so that a response from the Department of

16

Justice can be obtained and a status report filed within that time frame.

Respectfully submitted,

WALSH, ANDERSON, UNDERWOOD, SCHULZE, & ALDRIDGE, P.C.
P.O. Box 2156
Austin, Texas 78768
TELEPHONE: (512) 454-6864
FACSIMILE: (512) 467-9318

BY: _____
MS. JUDY UNDERWOOD
State Bar No. 02882300

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff and Defendants have discussed this Motion and no objection has been presented.

_____
Judy Underwood

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 1995, a true and correct copy of the above and foregoing pleading was served upon counsel of record by placing same in the United States mail, certified, return receipt requested, postage prepaid and addressed as follows:

Mr. Rolando Rios
Attorney at Law
115 East Travis, Suite 1024
San Antonio, Texas 78205

_____
JUDY UNDERWOOD

2

# WALSH, ANDERSON, UNDERWOOD, SCHULZE & ALDRIDGE, P.C.

### ATTORNEYS AT LAW

Jim Walsh
Denise Howell Anderson
Judy Underwood
Eric W. Schulze†
John S. Aldridge
Chris G. Elizalde
Paul W. Hunn
Elena M. Gallegos
Nan P. Seidenfeld
Joe B. Hairston

Texas Board of Legal Specialization
†Board Certified Civil Appellate Law
*Board Certified Civil Trial Law

6300 La Calma   Suite 200   Austin, Texas 78752
Austin Mailing Address:
P.O. Box 2156   Austin, Texas 78768
(512) 454-6864   FAX (512) 467-9318

Dallas/Fort Worth Office:
P.O. Box 168046, Irving, Texas 75016-8046
(214) 756-1811  FAX (214) 714-1851

San Antonio Office:
P.O. Box 460606, San Antonio, Texas 78246-0606
(210) 979-6633 FAX (210) 979-7024

Dorcas Ann Green
Therold I. Farmer
Bridget R. Robinson*
Mark C. Goulet
Robert Russo
Sandra D. Carpenter
Jacqueline F. Lain
John T. Fessenden
Paige C. Kyle
Susan B. Graham
Nona C. Matthews

December 8, 1995

Mr. Francisco Diana                              FAX (202) 302-2569
Voting Section, Civil Rights Division
Department of Justice HOLC Building
320 First Street, NW., Room 818A
Washington, D.C.  20001

          Re:  Submission of Hereford Independent School District;
               File 95-3325

Dear Mr. Diana:

          This letter is written in response to your telephone request
of December 7, 1995, for clarification of certain information in
the above referenced submission.

          The following items represent changes from the school
district's current system of electing five trustees from five
single-member election districts and two at-large.

1.   Under the current 5/2 system, candidates do have to be
residents of the single-member districts to which they seek
election and they must be elected by a majority of the votes cast.
In the event that no candidate receives a majority of the votes
cast, a runoff election is required.

2.   Under the proposed 7/0 system, there is no majority vote
requirement and the candidate with the most votes wins the seat.
Additionally, the proposed plan has a conditional nonresidency
requirement for candidates in that a candidate must be a resident
of the single-member district to which he/she seeks election unless
no such candidate has filed for election to that single-member
district by the 10th day prior to the deadline for regular
candidates to file.   In the event that there is no resident
candidate of the single-member district by that 10th day, then
candidates who may file during the remainder of the filing period,
including the write-in candidates, may reside anywhere within the
boundaries of the entire school district.  This change will ensure



EXHIBIT

A

December 8, 1995
Page 2

that, in any single-member district where no resident has an interest in running, other candidates from within the entire school district who may have the support of the voters in the single-member district will have an opportunity to run in that district. This same conditional nonresidency requirement was precleared on November 1, 1995 for the Menard Independent School District; Re: PLP:MAP:JAC:jdp - DJ 166-012-3; 95-2823.

I trust that this letter provides the additional information and clarification requested.  If further information is needed, please let me know.

Sincerely yours,

Judy Underwood

JU
cc:  Charles Greenawalt
     Superintendent of Schools
     Hereford Independent School District
     601 N. 25 Mile Avenue
     Hereford, Texas  79045-3024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

F I L E D

OCT 2 0 1995

NANCY DOHERTY, CLERK
By _____
        Deputy
```

| | | |
|---|---|---|
| TRINI GAMEZ | § | |
| | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | |
| | § | |
| HEREFORD INDEPENDENT SCHOOL | § | CIVIL ACTION NO. |
| DISTRICT, RON WIESHAAR, | § | 2-95-CV-028-J |
| STEVE WRIGHT, RANDY TULLEY, | § | |
| JAMES MARSH, MIKE VEAZEY, | § | |
| JOE FLOOD and RAUL VALDEZ, | § | |
| all in their official | § | |
| capacities as members of the | § | |
| HEREFORD INDEPENDENT SCHOOL | § | |
| DISTRICT, HEREFORD, TEXAS | § | |
| | § | |
|     Defendants. | § | |

### FIRST AMENDED
### SETTLEMENT AGREEMENT AND RELEASE

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | §     KNOW ALL MEN BY THESE PRESENTS: |
| DEAF SMITH COUNTY | § |

This Settlement Agreement and Release is between TRINI GAMEZ, Plaintiff; ROLANDO L. RIOS, attorney for the Plaintiff in the law suit styled <u>Trini Gamez vs. Hereford Independent School District, et al</u>, Cause No. 2-95-CV-28-J in the United States District Court, Northern District of TEXAS, Amarillo Division; and, the HEREFORD INDEPENDENT SCHOOL DISTRICT, RON WIESHAAR, STEVE WRIGHT, RANDY TULLEY, JAMES MARSH, MIKE VEAZEY, JOE FLOOD and RAUL VALDEZ, all in their official capacities as members of the HEREFORD INDEPENDENT SCHOOL DISTRICT, HEREFORD, TEXAS, Defendants.

Witnesseth:

That Plaintiff and Plaintiff's attorney, in consideration of the payment in hand of ELEVEN THOUSAND AND 00/100's DOLLARS ($11,000.00), which receipt is hereby acknowledged, do hereby release, acquit, and forever discharge Defendants, their heirs, executors, administrators, successors, agents, attorneys, assigns, officers, agents, servants, insurers, and employees and all natural or corporate persons in privity with them from any and every claim or cause of action of any kind whatsoever for attorneys fees, expenses, and costs (at common law, statutory or otherwise; known or unknown, and now existing or which may exist) that Plaintiff's attorney and/or Plaintiff may have against Defendants, directly or indirectly, arising out of the filing and final resolution of the above referenced suit.  The settlement and the consideration conferred are to compromise disputed claims, avoid further litigation, and buy peace.

That Plaintiff and Plaintiff's attorney expressly warrant and represents to all the parties hereby released that:  (a) they are legally competent to execute this Release; (b) they have not assigned, pledged, or otherwise in any manner whatsoever, sold or transferred, either by instrument in writing or otherwise, any right, title, interest or they may have by reason of their claim for attorneys fees, expenses and costs in the above identified litigation, or any matters arising out of or related to it; and (c) neither Plaintiff nor Plaintiff's attorney will make any demand upon Defendants for any additional payment of attorneys fees, expenses or costs related to the above styled and numbered suit.

That Plaintiff and Plaintiff's attorney warrant that they have read this Release; that Plaintiff's attorney has consulted with Plaintiff regarding this Release and both agree to execution of said release; that Plaintiff's attorney and Plaintiff fully understand it to be a release of all claims for attorneys fees, expenses and costs, known or unknown, present or future, that Plaintiff's attorney and/or the Plaintiff have or may have against said Defendants arising out of or related to the above identified litigation; that Plaintiff's attorney and Plaintiff are signing this Release of their own free will and accord without reliance on any representation of any kind or character not expressly related herein.

That Plaintiff and Plaintiff's attorney understand and agree that this Release is a full, complete, and final release of all claims of any character for attorneys fees, expenses, and costs related in any manner to Plaintiff's claims herein, and that the consideration mentioned above is all the said Defendants must do as a result of this settlement agreement; that no oral understanding, statement, promise, or inducement contrary to the terms of the Release exist; that this Release cannot be changed or terminated orally; that this Release shall inure to the benefit of and be binding on Plaintiff and Plaintiff's attorney, their heirs, executors, administrators, successors, agents, attorneys or assigns.

EXECUTED this _13th_ day of _October_ , 1995.

_Roll L. Rios_
ROLANDO L. RIOS
Attorney for Plaintiff

SUBSCRIBED AND SWORN to before me on this _13th_ day of
_October_ , 1995.

_Leticia Espax_
Notary Public, State of Texas
Print Name: _LETICIA GARCIA_
My Commission Expires: _00/00/98_

_Trini Gamez_
TRINI GAMEZ
Plaintiff

SUBSCRIBED AND SWORN to before me on this _16th_ day of
_October_ , 1995.

_Dora Elia Garcia_
Notary Public, State of Texas
Print Name: _Dora Elia Garcia_
My Commission Expires: _5-18-96_

Dora Elia Garcia
Notary Public
STATE OF TEXAS
My Comm. Exp. 5-18-96



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN  DISTRICT OF  TEXAS

AMARILLO  DIVISION

TRINI GAMEZ,                        §
                                    §
                PLAINTIFF,          §        CIVIL ACTION CAUSE NUMBER
        v.                          §
                                    §            2:95-CV-028-J
HEREFORD I.S.D., et al.,            §
                                    §
                DEFENDANTS.         §

## ORDER TO PROCEED WITH PRECLEARANCE

Before the Court is the parties' agreed settlement notice, which states the terms of the settlement reached in this case. Counsel are ordered to immediately begin the preclearance submission process to the United States Attorney General's office, and to promptly report to the Court regarding the outcome of that process.

The Court will not enter at this time the proposed consent degree which has been tendered by the parties.

The Court also notes that the agreement regarding Plaintiff's attorney's fees claim is not executed by Mr. Rios' client, the only party-plaintiff in this case, nor by any legal representative of LULAC, who is stated to be a party to that agreement.

It is SO ORDERED.

Signed this the _____ day of October, 1995.


MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

14

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



TRINI GAMEZ                              §
                                         §
        Plaintiff                        §
                                         §
v.                                       §
                                         §
HEREFORD INDEPENDENT SCHOOL              §       CIVIL ACTION NO.
DISTRICT, RON WIESHAAR,                  §       2-95-CV-028-
STEVE WRIGHT, RANDY TULLEY,              §
JAMES MARSH, MIKE VEAZEY,                §
JOE FLOOD and RAUL VALDEZ,               §
all in their official                    §
capacities as members of the            §
HEREFORD INDEPENDENT SCHOOL              §
DISTRICT, HEREFORD, TEXAS                §
                                         §
        Defendants.                      §

## AGREED SETTLEMENT

Hereford Independent School District, Ron Wieshaar, Steve
Wright, Randy Tulley, James Marsh, Mike Veazey, Joe Flood and Raul
Valdez, Defendants herein, and Trini Gamez, Plaintiff herein, by
and through their respective counsel of record do enter into a
settlement agreement as follows:

1.   That the Defendant school district will be divided into
seven single-member election districts as set out in the maps
attached as Exhibit "A", with the voting age minority populations
of single-member districts 1, 2, 3 and 4 exceeding 50% as shown on
the table attached as Exhibit "B";

2.   That all trustee terms shall be for three years,

3.   That single-member elections districts 2, 4, 5 and 7 will
be up for election in May of 1996; single-member election districts
1, 3 and 6 will be up for election in May of 1997; and, no election

13

will be held in 1998.  Thereafter, the election cycle will continue wherein no election occurs every third year, including elections after each required redistricting, unless future circumstances require otherwise;

4.    That candidates who choose to run for any single-member election district trustee position shall reside within the boundaries of the single-member district to which they seek election.    If no such resident candidate files the required documents by the tenth day before the state mandated candidate filing deadline, the race becomes open to any candidate residing within the school district's boundaries.  However, only the voters residing within the boundaries of each single-member election district shall be eligible to vote for the trustee to be elected from each such district;

5.    That all single-member district elections will be determined by plurality vote;

6.    That the current polling places shall continue to be used as follows: 1) early voting for all single-member districts will be at the County Clerk's Office, 235  East 3rd. Room 203, Hereford, Texas; and 2) the polling place for regular voting will be at the Hereford Community Center, 100 Avenue C, Hereford, Texas;

7.    That the question of Plaintiffs' attorneys fees have been settled through a separate Settlement Agreement and Release executed by Plaintiffs' counsel and attached hereto as Exhibit "C"; and

8.    That Defendants will obtain preclearance of the proposed

2

election system change from the United States Department of Justice pursuant to 42 U.S.C. § 1973 prior to conducting the first election under said plan in May of 1996.

9.    That all provisions of the Texas Education Code and Texas Election Code relevant to school district trustee elections shall apply except where such provisions are contrary to the agreements set out herein.

Plaintiff and Defendants, by and through their counsel of record, accept the terms set out herein as verified by the signature of their counsel hereon.


APPROVED:

JUDY C. UNDERWOOD
State Bar No.  02882300
WALSH, ANDERSON, UNDERWOOD,
  SCHULZE & ALDRIDGE, P.C.
P.O. Box 2156
Austin, Texas  78768
Telephone: (512) 454-6864
Facsimile: (512) 467-9318

DATE  September 27, 1995

ATTORNEYS FOR DEFENDANTS

ROLANDO L. RIOS
State Bar N. 16935900
Attorney at Law
115 E. Travis, Suite 1024
San Antonio, Texas  78205
TELEPHONE:  (210) 222-2102
FACSIMILE:  (210) 222-2898

Date  September 21, 1995

ATTORNEY FOR PLAINTIFF

3

HEREFORD I.S.D.
DRAFT 7/0 PLAN
SINGLE-MEMBER DISTRICTS

Source: Johnston & Associates, 6/9/95

EXHIBIT
A



HEREFORD I.S.D.
DRAFT 7/0 PLAN 'C'
SINGLE-MEMBER DISTRICTS

# HEREFORD I.S.D.
## 7/0 DISTRICT PLAN 'C' CONCEPT

| DISTRICT | TOTAL | NOHISP WHITE | %NH WHITE | HISPAN | % HISPAN | NOHISP BLACK | %NH BLACK | NOHISP OTHER | %NH OTHER | TOTAL MINORITY | % TOTAL MINORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT ONE** | | | | | | | | | | | |
| TOTAL POP | 2795 | 848 | 30.3% | 1916 | 68.6% | 15 | 0.5% | 16 | 0.6% | 1947 | 69.7% |
| VOTING AGE | 1731 | 632 | 36.5% | 1075 | 62.1% | 13 | 0.8% | 11 | 0.6% | 1099 | 63.5% |
| **DISTRICT TWO** | | | | | | | | | | | |
| TOTAL POP | 2629 | 716 | 27.2% | 1829 | 69.6% | 75 | 2.9% | 9 | 0.3% | 1913 | 72.8% |
| VOTING AGE | 1624 | 541 | 33.3% | 1021 | 62.9% | 53 | 3.3% | 9 | 0.6% | 1083 | 66.7% |
| **DISTRICT THREE** | | | | | | | | | | | |
| TOTAL POP | 2775 | 792 | 28.5% | 1876 | 67.6% | 85 | 3.1% | 22 | 0.8% | 1983 | 71.5% |
| VOTING AGE | 1678 | 573 | 34.1% | 1040 | 62.0% | 51 | 3.0% | 14 | 0.8% | 1105 | 65.9% |
| **DISTRICT FOUR** | | | | | | | | | | | |
| TOTAL POP | 2718 | 807 | 29.7% | 1847 | 68.0% | 49 | 1.8% | 15 | 0.6% | 1911 | 70.3% |
| VOTING AGE | 1673 | 613 | 36.6% | 1023 | 61.1% | 27 | 1.6% | 10 | 0.6% | 1060 | 63.4% |
| **DISTRICT FIVE** | | | | | | | | | | | |
| TOTAL POP | 2621 | 2429 | 92.7% | 172 | 6.6% | 9 | 0.3% | 11 | 0.4% | 192 | 7.3% |
| VOTING AGE | 1879 | 1777 | 94.6% | 91 | 4.8% | 3 | 0.2% | 8 | 0.4% | 102 | 5.4% |
| **DISTRICT SIX** | | | | | | | | | | | |
| TOTAL POP | 2660 | 1827 | 68.7% | 778 | 29.2% | 45 | 1.7% | 10 | 0.4% | 833 | 31.3% |
| VOTING AGE | 1837 | 1372 | 74.7% | 431 | 23.5% | 29 | 1.6% | 5 | 0.3% | 465 | 25.3% |
| **DISTRICT SEVEN** | | | | | | | | | | | |
| TOTAL POP | 2657 | 1679 | 63.2% | 955 | 35.9% | 13 | 0.5% | 10 | 0.4% | 978 | 36.8% |
| VOTING AGE | 1790 | 1197 | 66.9% | 574 | 32.1% | 10 | 0.6% | 9 | 0.5% | 593 | 33.1% |
| **TOTAL ISD** | | | | | | | | | | | |
| TOTAL POP | 18855 | 9098 | 48.3% | 9373 | 49.7% | 291 | 1.5% | 93 | 0.5% | 9757 | 51.7% |
| VOTING AGE | 12212 | 6705 | 54.9% | 5255 | 43.0% | 186 | 1.5% | 66 | 0.5% | 5507 | 45.1% |

**IDEAL DISTRICT SIZE**
**TOTAL POPULATION:**          2694

**TOP TO BOTTOM DEVIATION**
**FOR TOTAL POPULATION:**      6.46%

SOURCES:
  U.S. Bureau of Census, 1990 PL 94-171 Tape File. 1991.
  Johnston and Associates, June 9, 1995.



EXHIBIT
B

DRAFT   JUNE 9, 1995

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TRINI GAMEZ | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | |
| HEREFORD INDEPENDENT SCHOOL | § | CIVIL ACTION NO. |
| DISTRICT, RON WIESHAAR, | § | 2-95-CV-028-J |
| STEVE WRIGHT, RANDY TULLEY, | § | |
| JAMES MARSH, MIKE VEAZEY, | § | |
| JOE FLOOD and RAUL VALDEZ, | § | |
| all in their official | § | |
| capacities as members of the | § | |
| HEREFORD INDEPENDENT SCHOOL | § | |
| DISTRICT, HEREFORD, TEXAS | § | |
| | § | |
| Defendants. | § | |

## SETTLEMENT AGREEMENT AND RELEASE

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| DEF SMITH COUNTY | § | |

This Settlement Agreement and Release is between LULAC, ROLANDO L. RIOS, attorney for the Plaintiff in the law suit styled League of United Latin American Citizens, Statewide (LULAC) vs. Hereford Independent School District, et al , Cause No. 2-95-CV-28-J in the United States District Court, Northern District of TEXAS, Amarillo Division; and, the HEREFORD INDEPENDENT SCHOOL DISTRICT, RON WIESHAAR, STEVE WRIGHT, RANDY TULLEY, JAMES MARSH, MIKE VEAZEY, JOE FLOOD and RAUL VALDEZ, all in their official capacities as members of the HEREFORD INDEPENDENT SCHOOL DISTRICT, HEREFORD, TEXAS, Defendants. all in their official capacities as members of the Board of Trustees for the HEREFORD INDEPENDENT SCHOOL DISTRICT,



EXHIBIT
C

Defendants in said suit.

Witnesseth:

That Plaintiff's attorney, in consideration of the payment in hand of ELEVEN THOUSAND AND 00/100's DOLLARS ($11,000.00), which receipt is hereby acknowledged, does hereby release, acquit, and forever discharge Defendants, their heirs, executors, administrators, successors, agents, attorneys, assigns, officers, agents, servants, insurers, and employees and all natural or corporate persons in privity with them from any and every claim or cause of action of any kind whatsoever for attorneys fees, expenses, and costs (at common law, statutory or otherwise; known or unknown, and now existing or which may exist) that Plaintiff's attorney and/or Plaintiff may have against Defendants, directly or indirectly, arising out of the filing and final resolution of the above referenced suit.   The settlement and the consideration conferred are to compromise disputed claims, avoid further litigation, and buy peace.

That Plaintiff's attorney expressly warrants and represents to all the parties hereby released that:  (a) he is legally competent to execute this Release; (b) he has not assigned, pledged, or otherwise in any manner whatsoever, sold or transferred, either by instrument in writing or otherwise, any right, title, interest or claim which he and/or Plaintiff may have by reason of their claim for attorneys fees, expenses and costs in the above identified litigation, or any matters arising out of or related to it; and (c) neither he nor Plaintiff will make any demand upon Defendants for any additional payment of attorneys fees, expenses or costs related

to the above styled and numbered suit.

That Plaintiff's attorney warrants that he has read this Release; that he has consulted with Plaintiff regarding this Release and has Plaintiff's agreement to execution of said release; that he and Plaintiff fully understand it to be a release of all claims for attorneys fees, expenses and costs, known or unknown, present or future, that he or the Plaintiff have or may have against said Defendants arising out of or related to the above identified litigation; that he is signing this Release of his own free will and accord without reliance on any representation of any kind or character not expressly related herein and with the full knowledge and consent of Plaintiff.

That Plaintiff's attorney understands and agrees that this Release is a full, complete, and final release of all claims of any character for attorneys fees, expenses, and costs related in any manner to Plaintiff's claims herein, and that the consideration mentioned above is all the said Defendants must do as a result of this settlement agreement; that no oral understanding, statement, promise, or inducement contrary to the terms of the Release exist; that this Release cannot be changed or terminated orally; that this Release shall inure to the benefit of and be binding on his and Plaintiff's heirs, executors, administrators, successors, agents, attorneys or assigns.

EXECUTED this _3rd_ day of _August_____, 1995.

_____
ROLANDO L. RIOS
Attorney for Plaintiff

SUBSCRIBED AND SWORN to before me on this _3rd_ day of

_August_ , 1995.

Notary Public, State of Texas
Print Name: _____
My Commission Expires: _____

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

```
FILED
NORTHERN DISTRICT OF TEXAS

    SEP 1 4 1995          D

NANCY DOHERTY CLERK
By _____
        Deputy
```

| | | |
|---|---|---|
| TRINI GAMEZ, | § | |
| | § | |
| PLAINTIFF, | § | CIVIL ACTION CAUSE NUMBER |
| v. | § | |
| | § | 2:95-CV-28-J |
| HEREFORD I.S.D., et al., | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER ABATING CASE AND TO PROCEED WITH PRECLEARANCE

Before the Court is the parties' joint status report stating
that this case has settled and requesting a 90-day abatement of
this case.  This request is granted as follows.  Counsel are
ordered to ~~proceed~~ immediately begin the preclearance submission
process to the United States Attorney General's office, and to
promptly submit an agreed order of dismissal at the end of that
process, if then appropriate.  Action in this case is hereby stayed
for 90 days from the date of filing of the joint status report in
order to allow that process to conclude.


It is SO ORDERED.


Signed this the _____ day of September, 1995.



_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

12



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

TRINI GAMEZ                          §
            Plaintiff,               §
vs.                                  §
                                     §
HEREFORD INDEPENDENT SCHOOL          §    CA NO.2:95-CV-028-J
DISTRICT, RON WEISHAAR, STEVE        §
WRIGHT, RAYMOND SCHLABS, JAMES       §
MARSH, SYLVIA FLORES, MIKE           §
VEAZEY, JOE FLOOD and RAUL           §
VALDEZ all in their official         §
capacities as members of the        §
Board of Trustees for the            §
HEREFORD INDEPENDENT SCHOOL          §
DISTRICT, HEREFORD, TEXAS,           §
            Defendants.              §

**PARTIES' JOINT STATUS REPORT REGARDING SETTLEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

    Pursuant to the Court's Order dated July 6, 1995, regarding the extension of time to exchange Rule 26(a)(1) Disclosures, the parties advise the Court that the parties have settled the case.

    The parties are in the process of preparing the settlement documents and the Section 5 submission for preclearance of the new election system. The parties request that this case be abated for ninety (90) days at which time the parties expect to file the preclearance letter from the Department of Justice and dismissal documents.

    The parties therefore, request a ninety (90) day abatement of this case.

11

DATED:   September 6, 1995

Respectfully submitted,

Rolando L. Rios
Attorney at Law
Milam Building
115 E. Travis, Suite 1024
San Antonio, Texas 78205
Telephone: (210) 222-2102
Facsimile: (210) 222-2898

By: _____
     ROLANDO L. RIOS
     Attorney for Plaintiff
     SBN:  16935900

## CERTIFICATE  OF  CONFERENCE

This is to certify that on September 6, 1995, I, Rolando
L. Rios, personally discussed the contents of the Parties'
Joint Status Report Regarding Settlement with opposing
counsel, Judy Underwood of WALSH, ANDERSON, UNDERWOOD,
SCHULZE & ALDRIDGE, P.C., P.O. Box 2156, Austin, Texas 78768,
and that she is in agreement with the contents of this joint
settlement report.

_____
ROLANDO L. RIOS

## CERTIFICATE  OF  SERVICE

This is to certify that a true and correct copy of the
Parties' Joint Status Report Regarding Settlement has been
sent through United States Postal Service to Judy Underwood,
opposing counsel, on this 6th day of September, 1995.

_____
ROLANDO L. RIOS

2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
AUG - 9 1995
NANCY DOHERTY, CLERK
By _____
Deputy

TRINI GAMEZ                          §
                                     §
        Plaintiff                    §
                                     §
v.                                   §
                                     §
HEREFORD INDEPENDENT SCHOOL          §       CIVIL ACTION NO.
DISTRICT, RON WIESHAAR,              §       2-95-CV-028-J
STEVE WRIGHT, RANDY TULLEY,          §
JAMES MARSH, MIKE VEAZEY,            §
JOE FLOOD and RAUL VALDEZ,           §
all in their official               §
capacities as members of the        §
HEREFORD INDEPENDENT SCHOOL          §
DISTRICT, HEREFORD, TEXAS            §
                                     §
        Defendants.                  §

## SETTLEMENT AGREEMENT AND RELEASE

THE STATE OF TEXAS          §
                            §       KNOW ALL MEN BY THESE PRESENTS:
DEF SMITH COUNTY            §

This Settlement Agreement and Release is between LULAC,
ROLANDO L. RIOS, attorney for the Plaintiff in the law suit styled
League of United Latin American Citizens, Statewide (LULAC) vs.
Hereford Independent School District, et al , Cause No. 2-95-CV-28-
J in the United States District Court, Northern District of TEXAS,
Amarillo Division; and, the HEREFORD INDEPENDENT SCHOOL DISTRICT,
RON WIESHAAR, STEVE WRIGHT, RANDY TULLEY, JAMES MARSH, MIKE
VEAZEY, JOE FLOOD and RAUL VALDEZ, all in their official capacities
as members of the HEREFORD INDEPENDENT SCHOOL DISTRICT, HEREFORD,
TEXAS, Defendants. all in their official capacities as members of
the Board of Trustees for the HEREFORD INDEPENDENT SCHOOL DISTRICT,

Defendants in said suit.

Witnesseth:

That Plaintiff's attorney, in consideration of the payment in hand of ELEVEN THOUSAND AND 00/100's DOLLARS ($11,000.00), which receipt is hereby acknowledged, does hereby release, acquit, and forever discharge Defendants, their heirs, executors, administrators, successors, agents, attorneys, assigns, officers, agents, servants, insurers, and employees and all natural or corporate persons in privity with them from any and every claim or cause of action of any kind whatsoever for attorneys fees, expenses, and costs (at common law, statutory or otherwise; known or unknown, and now existing or which may exist) that Plaintiff's attorney and/or Plaintiff may have against Defendants, directly or indirectly, arising out of the filing and final resolution of the above referenced suit.  The settlement and the consideration conferred are to compromise disputed claims, avoid further litigation, and buy peace.

That Plaintiff's attorney expressly warrants and represents to all the parties hereby released that:  (a) he is legally competent to execute this Release; (b) he has not assigned, pledged, or otherwise in any manner whatsoever, sold or transferred, either by instrument in writing or otherwise, any right, title, interest or claim which he and/or Plaintiff may have by reason of their claim for attorneys fees, expenses and costs in the above identified litigation, or any matters arising out of or related to it; and (c) neither he nor Plaintiff will make any demand upon Defendants for any additional payment of attorneys fees, expenses or costs related

to the above styled and numbered suit.

That Plaintiff's attorney warrants that he has read this Release; that he has consulted with Plaintiff regarding this Release and has Plaintiff's agreement to execution of said release; that he and Plaintiff fully understand it to be a release of all claims for attorneys fees, expenses and costs, known or unknown, present or future, that he or the Plaintiff have or may have against said Defendants arising out of or related to the above identified litigation; that he is signing this Release of his own free will and accord without reliance on any representation of any kind or character not expressly related herein and with the full knowledge and consent of Plaintiff.

That Plaintiff's attorney understands and agrees that this Release is a full, complete, and final release of all claims of any character for attorneys fees, expenses, and costs related in any manner to Plaintiff's claims herein, and that the consideration mentioned above is all the said Defendants must do as a result of this settlement agreement; that no oral understanding, statement, promise, or inducement contrary to the terms of the Release exist; that this Release cannot be changed or terminated orally; that this Release shall inure to the benefit of and be binding on his and Plaintiff's heirs, executors, administrators, successors, agents, attorneys or assigns.

EXECUTED this _3rd_ day of _August_____, 1995.

_____
ROLANDO L. RIOS
Attorney for Plaintiff

SUBSCRIBED AND SWORN to before me on this ___3rd___ day of
_____, 1995.

Notary Public, State of Texas
Print Name: _____
My Commission Expires: _____



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

JUL - 6 1995

NANCY DOHERTY, CLERK

By_____
            Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

TRINI GAMEZ,                        §
                                    §
            PLAINTIFF,              §        CIVIL ACTION CAUSE NUMBER
      v.                            §
                                    §          2:95-CV-028-J
HEREFORD INDEPENDENT SCHOOL         §
DISTRICT, et al.,                   §
                                    §
            DEFENDANTS.             §

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO EXCHANGE RULE 26(a)(1) DISCLOSURES

Before the Court is a joint motion, filed June 29, 1995, for a sixty (60) day extension of time to make the required Rule 26(a)(1) disclosures because of the potential settlement of this case. This motion is granted as follows.

The deadline for exchanging all of the disclosures required by Rule 26(a)(1) is hereby extended sixty (60) days. No other Rule 16 deadlines are affected. This extension will not be considered as grounds for any extension of the time by which this case is to be ready for trial. The parties are further reminded of the requirements of Local Rule 2.2(a).

It is SO ORDERED.

Signed this the _____ day of July, 1995.


MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

9



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

TRINI GAMEZ                                 §
            Plaintiff,                      §
vs.                                         §
                                            §
HEREFORD INDEPENDENT SCHOOL                 §    CA NO.2:95-CV-028-J
DISTRICT, RON WEISHAAR, STEVE               §
WRIGHT, RAYMOND SCHLABS, JAMES              §
MARSH, SYLVIA FLORES, MIKE                  §
VEAZEY, JOE FLOOD and RAUL                  §
VALDEZ all in their official                §
capacities as members of the               §
Board of Trustees for the                   §
HEREFORD INDEPENDENT SCHOOL                 §
DISTRICT, HEREFORD, TEXAS,                  §
            Defendants.                     §

## JOINT MOTION FOR LEAVE TO BE EXCUSED FROM RULE 26 (a) (1) DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Court's order dated April 26, 1995, regarding the sixty (60) day extension of time to comply with the disclsure requirements, the parties advise the Court that the parties have entered into settlement negotiations.

The parties are in the process of settling this case. The Defendants have offered to change the election system by adopting seven (7) single member districts. Plaintiff received this offer of settlement on June 23, 1995. The plan is presently being considered by members of the community.

We expect a resolution of this case within the next thirty (30) days. For these reasons, the parties seek to be excused from having to comply with Rule 26 (a) (1) disclosures.

1

Respectfully submitted,

Rolando L. Rios
Attorney at Law
Milam Building
115 E. Travis, Suite 1024
San Antonio, Texas 78205
Telephone (210) 222-2102
Facsimile (210) 222-2898

By: _____
    ROLANDO L. RIOS
    Attorney for Plaintiff
    SBN: 16935900

## CERTIFICATE OF CONFERENCE

This is to certify that on June 26, 1995, I, Rolando L. Rios, personally discussed the contents of the Parties' Joint Status Report Regarding Settlement with opposing counsel, Judy Underwood of WALSH, ANDERSON, UNDERWOOD, SCHULZE & ALDRIDGE, P.C., P.O. Box 2156, Austin, Texas 78768, and that she is in agreement and joins with the Plaintiff in this request.

_____
ROLANDO L. RIOS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the Parties' Joint Status Report Regarding Settlement has been sent through United States Postal Service to Judy Underwood, opposing counsel, on this the 27th day of June 1995.

_____
ROLANDO L. RIOS

2



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TRINI GAMEZ | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | |
| HEREFORD INDEPENDENT SCHOOL | § | CA NO.2:95-CV-028-J |
| DISTRICT, RON WEISHAAR, STEVE | § | |
| WRIGHT, RAYMOND SCHLABS, JAMES | § | |
| MARSH, SYLVIA FLORES, MIKE | § | |
| VEAZEY, JOE FLOOD and RAUL | § | |
| VALDEZ all in their official | § | |
| capacities as members of the | § | |
| Board of Trustees for the | § | |
| HEREFORD INDEPENDENT SCHOOL | § | |
| DISTRICT, HEREFORD, TEXAS, | § | |
| Defendants. | § | |

**PARTIES' JOINT STATUS REPORT REGARDING SETTLEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Court's scheduling order dated April 4, 1995, the parties advise the Court that the parties have entered settlement negotiations. The Plaintiff and Plaintiff's attorney are currently reviewing a possible plan that has been proposed by the Defendants. It is expected that this case shall settle within the next thirty (30) days.

Respectfully submitted,

Rolando L. Rios
Attorney at Law
Milam Building
115 E. Travis, Suite 1024
San Antonio, Texas 78205
Telephone (210) 222-2102
Facsimile (210) 222-2898

By: _____
ROLANDO L. RIOS
Attorney for Plaintiff
SBN: 16935900

1

## CERTIFICATE OF CONFERENCE

This is to certify that on June 19, 1995, I, Rolando L. Rios, personally discussed the contents of the Parties' Joint Status Report Regarding Settlement with opposing counsel, Judy Underwood of WALSH, ANDERSON, UNDERWOOD, SCHULZE & ALDRIDGE, P.C., P.O. Box 2156, Austin, Texas 78768, and that she is in agreement with the contents of this joint settlement report.

_____
ROLANDO L. RIOS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the Parties' Joint Status Report Regarding Settlement has been sent through United States Postal Service to Judy Underwood, opposing counsel, on this the 20th day of June 1995.

_____
ROLANDO L. RIOS

2



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

TRINI GAMEZ                          §
          Plaintiff,                 §
vs.                                  §
                                     §
HEREFORD INDEPENDENT SCHOOL          §      CA NO.2:95-CV-028-J
DISTRICT, RON WEISHAAR, STEVE        §
WRIGHT, RAYMOND SCHLABS, JAMES       §
MARSH, SYLVIA FLORES, MIKE           §
VEAZEY, JOE FLOOD and RAUL           §
VALDEZ all in their official         §
capacities as members of the        §
Board of Trustees for the            §
HEREFORD INDEPENDENT SCHOOL          §
DISTRICT, HEREFORD, TEXAS,           §
          Defendants.                §

## ORDER GRANTING JOINT MOTION FOR THE EXTENSION OF TIME TO COMPLY WITH THE DISCLOSURE REQUIREMENTS

The Court, having considered the parties' Joint Motion
for the Extension of Time to Comply with the Disclosure
Requirements, finds that such Motion is well taken;
therefore, parties' request for a sixty (60) day extension is
**GRANTED**.


SIGNED AND ORDERED this 25 day of April, 1995.


                              MARY LOU ROBINSON
                              UNITED STATES DISTRICT JUDGE

6

**ORIGINAL**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| TRINI GAMEZ | § |
| Plaintiff, | § |
| vs. | § |
| | § |
| | § |
| HEREFORD INDEPENDENT SCHOOL | § |
| DISTRICT, RON WEISHAAR, STEVE | § |
| WRIGHT, RAYMOND SCHLABS, JAMES | § |
| MARSH, SYLVIA FLORES, MIKE | § |
| VEAZEY, JOE FLOOD and RAUL | § |
| VALDEZ all in their official | § |
| capacities as members of the | § |
| Board of Trustees for the | § |
| HEREFORD INDEPENDENT SCHOOL | § |
| DISTRICT, HEREFORD, TEXAS, | § |
| Defendants. | § |



U. S. DISTRICT COURT
NORTHERN DISTRICT OF

CA NO. F 95 CV 028-J

APR 2 4

NANCY DOHERTY, CLERK

By _____
Deputy

## JOINT MOTION FOR THE EXTENSION OF TIME TO COMPLY WITH
## THE DISCLOSURE REQUIREMENTS

Pursuant to this Court's Order of April 4, 1995 the parties file this report and request an extension of time to comply with the Rule 26(a) disclosure requirements:

1. Several telephone conferences have transpired between counsel for the parties; there has been an exchange of views on the claims and remedies desired by each respective party. These conferences have resulted in the belief that this case may be resolved by settlement.

2. Counsel for the Defendants has scheduled a conference for mid May, 1995 with the Defendant School Board to review a demographic study that has been prepared.

3. The parties expect that within sixty (60) days of this report the parties will either submit a settlement agreement or inform the Court that settlement has not been reached.

Given these developments, the parties believe that Rule 26 (a)(1) disclosures would be unnecessary at this time and therefore, request a sixty (60) day extension.

DATED: April 20, 1995

JUDY UNDERWOOD
Attorney at Law
P.O. Box 2156
Telephone: (512) 479-5031
Facsimile: (512) 474-0745

By: _____
JUDY UNDERWOOD
ATTORNEY FOR DEFENDANTS
SBN: 02882300

Respectfully Submitted,

ROLANDO L. RIOS
Attorney at Law
Milam Building
115 E. Travis, Suite 1024
San Antonio, Texas 78205
Telephone: (210) 222-2102
Facsimile: (210) 222-2898

By: _____
ROLANDO L. RIOS
ATTORNEY FOR PLAINTIFF
SBN: 16935900



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

TRINI GAMEZ                        §
                                   §
            PLAINTIFF,             §    CIVIL ACTION CAUSE NUMBER
    v.                             §
                                   §    2:95-CV-028-J
HEREFORD INDEPENDENT SHCOOL        §
DISTRICT, et al.                   §
                DEFENDANT.         §

## ORIGINAL RULE 16 SCHEDULING ORDER

Counsel and any parties unrepresented by counsel are directed to confer for the purpose of compliance with this scheduling Order.

The parties may file a request for a Rule 16 scheduling conference with the Court or may request modification of this Order, stating reasons for any request or modification, on or before 20 days from the date of entry of this Order. If such a request is not timely filed, **THESE SCHEDULING DEADLINES WILL BE FIRM** and shall not be modified except as specifically provided for herein or by leave of Court upon a detailed factual showing of good cause and due diligence in compliance with this Order.

1.  This case is to be ready for trial by <u>December 1, 1995</u>. Actual trial setting will be by later order of the Court.

2.  The Federal Rules of Civil Procedure, as amended December 1, 1993, control in this case, including the discovery limitations set forth therein. The disclosures required by Rule 26(a)(1) shall be made within 21 days from the date of this Order. No Rule 26(f) conference is required.

3.  The parties shall enter settlement negotiations as early

3.    The parties shall enter settlement negotiations as early as possible.  Counsel are directed to confer and to file with the Court by noon, <u>June 30, 1995</u> a <u>joint report</u> setting forth the status of settlement negotiations.  The parties shall immediately begin discovery necessary for meaningful settlement negotiations. If the parties do not report by this date that the case has been settled, they will be subject to mandatory but non-binding mediation.

4.    All motions to join parties shall be filed by <u>May 12, 1995</u>.

5.    Any party seeking affirmative relief must file a written designation of its expert witnesses, if any, and otherwise comply with Rule 26(a)(2) by <u>June 2, 1995</u>.  All parties opposing affirmative relief must file a written designation of expert witnesses and otherwise comply with Rule 26(a)(2) by <u>June 23, 1995</u>.

6.    All discovery procedures shall be initiated in time to complete discovery by <u>September 29, 1995</u>.  Counsel shall order their discovery to timely comply with the deadlines for joinder of parties and designation of experts.  Counsel shall cooperate with each other, consistent with the interest of their clients, in the discovery process, including the scheduling and timing of discovery procedures.  The time for specific discovery procedures may be extended by written agreement of counsel, provided that, no such extension will be considered as good cause for an extension of the date set in ¶ 1 by which this case is to be ready for trial, nor shall any such agreement extend any of the deadlines set herein for any motion.

7.    All motions to amend pleadings shall be filed by September 29, 1995.

8.    All other motions, except motions in limine, shall be filed by October 20, 1995. This shall not be construed to permit the filing of a motion for summary judgment within 45 days of the date designated in ¶ 1 for the parties to be ready for trial.

9.    The pretrial disclosure of witnesses, witness testimony, exhibits and summaries required by Rule 26(a)(3) shall be made on or before 30 days before the date designated in ¶ 1 for the parties to be ready for trial.

10.    Notwithstanding any provision of the Federal Rules of Civil Procedure to the contrary, the parties may not by stipulation extend any of the deadlines set by this Order except as specifically allowed herein. Any other extension requires approval of the Court.

It is SO ORDERED.

Signed this the  3rd  day of  April, 1995.


MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

3



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

TRINI GAMEZ                              §
                                         §
        Plaintiff                        §
                                         §
v.                                       §
                                         §
HEREFORD INDEPENDENT SCHOOL              §      CIVIL ACTION NO.
DISTRICT, RON WIESHAAR,                  §      2-95-CV-028
STEVE WRIGHT, RANDY TULLEY,              §
JAMES MARSH, MIKE VEAZEY,                §
JOE FLOOD and RAUL VALDEZ,               §
all in their official                    §
capacities as members of the            §
HEREFORD INDEPENDENT SCHOOL              §
DISTRICT, HEREFORD, TEXAS                §
                                         §
        Defendants.                      §

<u>DEFENDANTS' ORIGINAL ANSWER</u>

COME NOW Defendants Hereford Independent School District, Ron Wieshaar, Steve Wright, Randy Tooley, James Marsh, Mike Veazey, Joe Flood and Raul Valdez, all in their official capacities as members of the Board of Trustees of the Hereford Independent School District, and file their Original Answer, showing the following:

1.    Defendants admit the allegations contained in Paragraph I.1. of Plaintiff's Complaint to the extent that Plaintiff seeks to characterize her suit and the statutory and constitutional provisions that Plaintiff believes form the basis of her suit; however, Defendants deny any averments of law or fact asserted therein.

2.    Defendants admit the allegations contained in Paragraph I.2. of Plaintiff's Complaint to the extent that Plaintiff seeks to describe her goals and requested relief in this case; however,

3

Defendants deny all averments of fact or law asserted therein, and Defendants deny that Plaintiff is entitled to any such relief.

3.    Defendants admit the allegations contained in Paragraph II.3. of Plaintiff's Complaint to the extent that these statements are an attempt to establish jurisdiction of the Court, but Defendants deny all averments of fact or law asserted therein.

4.    Defendants have insufficient information or knowledge at this time to either admit or deny the allegations of fact or law stated in paragraphs III.4., VI.11., VI.14., and VI.17. of Plaintiff's Complaint; however, Defendants will amend their Answer when such information or knowledge becomes available.

5.    Defendants admit the allegations of fact stated in Paragraph IV.5. of Plaintiff's Complaint to the extent that the statements seek to identify Defendants Hereford Independent School District and its current Board of Trustees; however, Plaintiff has failed to properly identify Defendant Randy Tooley by misspelling his name.

6.    Defendants deny all allegations of fact and law stated in Paragraphs V.6., VI.13., VI.16., VI.18., VI.19., VI.20. and VI.21. of Plaintiff's Complaint.

7.    As to school district elections, Defendants admit the allegations contained in Paragraphs VI.7., VI.8., VI.9., VI.10., and VI.12. of Plaintiff's Complaint.

8.    Defendants admit the allegations contained in the first sentence of Paragraph VI.15., but deny the allegation of fact and law stated in the second sentence of Paragraph VI.15.

WHEREFORE, premises considered, Defendants request that, upon trial hereof, the Court enter a Judgement against Plaintiff and for Defendants, denying Plaintiff's request for relief in all things.

Respectfully submitted,

WALSH, ANDERSON, UNDERWOOD, SCHULZE, & ALDRIDGE, P.C.
P.O. Box 2156
Austin, Texas  78768
TELEPHONE: (512) 479-5031
FACSIMILE: (512) 474-0745

BY: _____
MS. JUDY UNDERWOOD
State Bar No. 02882300

ATTORNEYS FOR DEFENDANTS

3

## CERTIFICATE OF SERVICE

I hereby certify that on the _28th_ day of _March_, 1995, a true and correct copy of the above and foregoing pleading was served upon counsel of record by placing same in the United States mail, certified, return receipt requested, postage prepaid and addressed as follows:

Mr. Rolando Rios
Attorney at Law
115 East Travis, Suite 1024
San Antonio, Texas 78205

_____
JUDY UNDERWOOD

4

# United States District Court

**NORTHERN** ————————— DISTRICT OF ————————— **TEXAS**

**AMARILLO DIVISION**

TRINI GAMEZ,

      Plaintiff,

    V.

HEREFORD INDEPENDENT SCHOOL DISTRICT,
RON WEISHAAR, STEVE WRIGHT, RANDY
TULLEY, JAMES MARSH, MIKE VEAZEY,
JOE FLOOD and RAUL VALDEZ all in
their official capacities as members
of the Board of Trustees for the
HEREFORD INDEPENDENT SCHOOL DISTRICT
HEREFORD, TEXAS,

    TO: (Name and Address of Defendant)    Defendants.

### SUMMONS IN A CIVIL ACTION

CASE NUMBER: **2-95-CV-028**

RAUL VALDEZ
136 Avenue F
Hereford, Texas 79045-4406


**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    ROLANDO L. RIOS
    ATTORNEY AT LAW
    115 E. TRAVIS, SUITE 1024
    SAN ANTONIO, TEXAS 78205


          20

an answer to the complaint which is herewith served upon you, within _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.


**NANCY DOHERTY**                                    FEB 1 3 1995

———————————————                    ———————————————
CLERK                                                DATE

*Benny Hinton*

———————————————
BY DEPUTY CLERK

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

**NORTHERN** ———————————————————— **TEXAS**

DISTRICT OF —————————
**AMARILLO DIVISION**

TRINI GAMEZ,

        Plaintiff,

     v.

HEREFORD INDEPENDENT SCHOOL DISTRICT,
RON WEISHAAR, STEVE WRIGHT, RANDY
TULLEY, JAMES MARSH, MIKE VEAZEY,
JOE FLOOD and RAUL VALDEZ all in
their official capacities as members
of the Board of Trustees for the
HEREFORD INDEPENDENT SCHOOL DISTRICT
HEREFORD, TEXAS,

               Defendants.

### SUMMONS IN A CIVIL ACTION

CASE NUMBER: **2-95-CV-028**

TO: (Name and Address of Defendant)

        JOE FLOOD
        136 Avenue F
        Hereford, Texas 79045-4406

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

        ROLANDO L. RIOS
        ATTORNEY AT LAW
        115 E. TRAVIS, SUITE 1024
        SAN ANTONIO, TEXAS 78205

                    20

an answer to the complaint which is herewith served upon you, within _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

**NANCY DOHERTY**
_____
CLERK

_____
BY DEPUTY CLERK

FEB 1 3 1995
_____
DATE

# United States District Court

**NORTHERN** ———————————— **TEXAS**

——————————— DISTRICT OF ———————————
**AMARILLO DIVISION**

TRINI GAMEZ,

      Plaintiff,

     V.

HEREFORD INDEPENDENT SCHOOL DISTRICT,
RON WEISHAAR, STEVE WRIGHT, RANDY
TULLEY, JAMES MARSH, MIKE VEAZEY,
JOE FLOOD and RAUL VALDEZ all in
their official capacities as members
of the Board of Trustees for the
HEREFORD INDEPENDENT SCHOOL DISTRICT
HEREFORD, TEXAS,

                    Defendants.

## SUMMONS IN A CIVIL ACTION

**CASE NUMBER:** 2-95-CV-028

**TO:** (Name and Address of Defendant)

MIKE VEAZEY
136 Avenue F
Hereford, Texas 79045-4406

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

ROLANDO L. RIOS
ATTORNEY AT LAW
115 E. TRAVIS, SUITE 1024
SAN ANTONIO, TEXAS 78205

20

an answer to the complaint which is herewith served upon you, within _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

**NANCY DOHERTY**

FEB 1 3 1995

———————————————————     ———————————————————
CLERK                                             DATE

*Penny Hunton*

———————————————————
BY DEPUTY CLERK

# United States District Court

**NORTHERN** ———————— DISTRICT OF ———————— **TEXAS**

**AMARILLO DIVISION**

TRINI GAMEZ,

      Plaintiff,

    v.

HEREFORD INDEPENDENT SCHOOL DISTRICT,
RON WEISHAAR, STEVE WRIGHT, RANDY
TULLEY, JAMES MARSH, MIKE VEAZEY,
JOE FLOOD and RAUL VALDEZ all in
their official capacities as members
of the Board of Trustees for the
HEREFORD INDEPENDENT SCHOOL DISTRICT
HEREFORD, TEXAS,

                           Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: **2-95-CV-028**

**TO:** (Name and Address of Defendant)

JAMES MARSH
136 Avenue F
Hereford, Texas 79045-4406

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ROLANDO L. RIOS
ATTORNEY AT LAW
115 E. TRAVIS, SUITE 1024
SAN ANTONIO, TEXAS 78205

20

an answer to the complaint which is herewith served upon you, within _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

**NANCY DOHERTY**

FEB 1 3 1995

CLERK                                                    DATE

BY DEPUTY CLERK

# United States District Court

**NORTHERN** ———————————————— **TEXAS**

————————————————— DISTRICT OF —————————————————
**AMARILLO DIVISION**

TRINI GAMEZ,

      Plaintiff,

    V.

HEREFORD INDEPENDENT SCHOOL DISTRICT,
RON WEISHAAR, STEVE WRIGHT, RANDY
TULLEY, JAMES MARSH, MIKE VEAZEY,
JOE FLOOD and RAUL VALDEZ all in
their official capacities as members
of the Board of Trustees for the
HEREFORD INDEPENDENT SCHOOL DISTRICT
HEREFORD, TEXAS,

    TO: (Name and Address of Defendant)   Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:  2-95-CV-028

RANDY TULLEY
136 Avenue F
Hereford, Texas 79045-4406

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ROLANDO L. RIOS
ATTORNEY AT LAW
115 E. TRAVIS, SUITE 1024
SAN ANTONIO, TEXAS 78205

20

an answer to the complaint which is herewith served upon you, within _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

**NANCY DOHERTY**                                      FEB 1 3 1995

CLERK                                                        DATE

_Penny Hunton_

BY DEPUTY CLERK

# United States District Court

**NORTHERN**                                        **TEXAS**

_____ DISTRICT OF _____
**AMARILLO DIVISION**

TRINI GAMEZ,

      Plaintiff,

    v.

HEREFORD INDEPENDENT SCHOOL DISTRICT,
RON WEISHAAR, STEVE WRIGHT, RANDY
TULLEY, JAMES MARSH, MIKE VEAZEY,
JOE FLOOD and RAUL VALDEZ all in
their official capacities as members
of the Board of Trustees for the
HEREFORD INDEPENDENT SCHOOL DISTRICT
HEREFORD, TEXAS,

    **TO:** (Name and Address of Defendant)   Defendants.

## SUMMONS IN A CIVIL ACTION

**CASE NUMBER:** 2-95-CV-028

STEVE WRIGHT
136 Avenue F
Hereford, Texas 79045-4406

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

ROLANDO L. RIOS
ATTORNEY AT LAW
115 E. TRAVIS, SUITE 1024
SAN ANTONIO, TEXAS 78205

20

an answer to the complaint which is herewith served upon you, within _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

**NANCY DOHERTY**
_____
CLERK

_Penny Hunton_
_____
BY DEPUTY CLERK

FEB 1 3 1995
_____
DATE

AO 440 (Rev 1/90) Summons in a Civil Action ⊕

# United States District Court

**NORTHERN**                                          **TEXAS**
_____ DISTRICT OF _____
**AMARILLO DIVISION**

TRINI GAMEZ,

        Plaintiff,

      v.

HEREFORD INDEPENDENT SCHOOL DISTRICT,
RON WEISHAAR, STEVE WRIGHT, RANDY
TULLEY, JAMES MARSH, MIKE VEAZEY,
JOE FLOOD and RAUL VALDEZ all in
their official capacities as members
of the Board of Trustees for the
HEREFORD INDEPENDENT SCHOOL DISTRICT
HEREFORD, TEXAS,

        Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2-95-CV-028

**TO:** (Name and Address of Defendant)

RON WEISHAAR
136 Avenue F
Hereford, Texas 79045-4406

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ROLANDO L. RIOS
ATTORNEY AT LAW
115 E. TRAVIS, SUITE 1024
SAN ANTONIO, TEXAS 78205

20

an answer to the complaint which is herewith served upon you, within _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

NANCY DOHERTY

FEB 1 3 1995

_____
CLERK

_____
DATE

_____
BY DEPUTY CLERK

# United States District Court

**NORTHERN** ——————————— DISTRICT OF ——————————— **TEXAS**

**AMARILLO DIVISION**

TRINI GAMEZ,

      Plaintiff,

    v.

HEREFORD INDEPENDENT SCHOOL DISTRICT,
RON WEISHAAR, STEVE WRIGHT, RANDY
TULLEY, JAMES MARSH, MIKE VEAZEY,
JOE FLOOD and RAUL VALDEZ all in
their official capacities as members
of the Board of Trustees for the
HEREFORD INDEPENDENT SCHOOL DISTRICT
HEREFORD, TEXAS,

    TO: (Name and Address of Defendant)   Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2-95-CV-028

        HEREFORD ISD
        136 Avenue F
        Hereford, Texas 79045-4406

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)    ROLANDO L. RIOS
                        ATTORNEY AT LAW
                        115 E. TRAVIS, SUITE 1024
                        SAN ANTONIO, TEXAS 78205

                                    20

an answer to the complaint which is herewith served upon you, within _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

NANCY DOHERTY

FEB 1 3 1995

———————————————————
CLERK

———————————————————
DATE

———————————————————
BY DEPUTY CLERK



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED

FEB 1 3 1995

NANCY DOHERTY, CLERK

By _____
            Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TRINI GAMEZ | § |
|      Plaintiff, | § |
|   vs. | § |
| | § |
| | § |
| HEREFORD INDEPENDENT SCHOOL | § |
| DISTRICT, RON WEISHAAR, STEVE | § |
| WRIGHT, RANDY TULLEY, JAMES | § |
| MARSH, MIKE VEAZEY, JOE FLOOD | § |
| and RAUL VALDEZ all in their | § |
| official capacities as members | § |
| of the Board of Trustees for | § |
| the HEREFORD INDEPENDENT SCHOOL | § |
| DISTRICT, HEREFORD, TEXAS, | § |
|      Defendants. | § |

CA NO. 2-95-CV-028

## COMPLAINT

### I.

### INTRODUCTION

1. Plaintiff, TRINI GAMEZ is a Mexican-American resident of the HEREFORD INDEPENDENT SCHOOL DISTRICT.  She brings this action pursuant to 42 U.S.C. 1971, 1973, 1983, and 1988 to redress a violation, under color of law, of Section 2 (a) of the Voting Rights Act of 1965 42 U.S.C., Section 1973, of rights, privileges or immunities secured by said laws and by the Fourteenth and Fifthteenth Amendments to the Constitution of the United States.

2.  Plaintiff seeks a declaratory judgment that the existing at-large scheme of electing trustees for the HEREFORD INDEPENDENT SCHOOL DISTRICT, violates Plaintiff's civil rights in that such election method unlawfully dilutes the voting strength of minority voters; Plaintiff seeks a permanent injunction prohibiting the calling, holding, supervising or certifying of any future school board elections under the present at-large scheme; Plaintiff seeks the formation of an election scheme that eliminates the purely at-large elections to ensure a school board of

trustees whose election will not cancel out, minimize, or dilute the voting strength of minority voters; Plaintiff seeks costs and attorneys' fees.

## II.
### JURISDICTION

3.   Jurisdiction is based upon 28 U.S.C. 1343(3) & (4) upon causes of action arising from 42 U.S.C. 1971, 1973, 1983, 1988 and under the Fourteenth and Fifteenth Amendments to the U. S. Constitution. Declaratory relief is authorized by 28 U.S.C. 2201 and 2202 and by Rule 57 F.R.C.P.  Venue is proper in this court under 28 U. S. C. 1391(b).

## III.
### PLAINTIFF

4.   Plaintiff, TRINI GAMEZ, is a Mexican-American, United States Citizen, who is a resident and taxpayer of the State of Texas, and who is eligible to vote for the Board of Trustees of the HEREFORD INDEPENDENT SCHOOL DISTRICT.

## IV.
### DEFENDANTS

5.   Defendant HEREFORD INDEPENDENT SCHOOL DISTRICT is organized and exists under the laws of the State of Texas. Defendants RON WEISHAAR, STEVE WRIGHT, RANDY TULLEY, JAMES MARSH, MIKE VEAZEY, JOE FLOOD and RAUL VALDEZ are sued in their official capacities as members of the Board of Trustees of the HEREFORD INDEPENDENT SCHOOL DISTRICT.  All Defendants reside in HEREFORD, TEXAS.

## V.
### CAUSES OF ACTION

6.   The present at-large scheme of electing members of the Board of Trustees for the HEREFORD INDEPENDENT SCHOOL DISTRICT, results in a denial or abridgement of the right to

2

vote of the Plaintiff on account of her race, color, or ethnicity, by having the effect of canceling out or minimizing her individual voting strength as a minority of the HEREFORD INDEPENDENT SCHOOL DISTRICT. The political and electoral process does not afford minorities an equal opportunity to participate in the political process and to elect representatives of their choice, and/or was intentionally created and/or maintained with a discriminatory purpose, violates the civil rights of Plaintiff by diluting her vote and/or minimizing their electoral influence. This gives rise to a cause of action against Defendants under 42 U.S.C., Sections 1971(a) and 1973.

VI.
FACTS

7.  Upon information and belief, the HEREFORD ISD presently conducts elections using a mixed plan. Five board members are elected by single-member districts and two are elected at-large.

8.  Upon information and belief, there have been no less than 16 times that Hispanic named persons have run at-large and lost over the past 30 years.

9.  Upon information and belief, no Hispanic has ever won a contested at-large election within the HEREFORD ISD.

10. Upon information and belief, the Mexican-American student population for the HEREFORD INDEPENDENT SCHOOL DISTRICT exceeds 66%.

11.  Upon information and belief, the population for the HEREFORD ISD is 18,951 with a Mexican-American population of 9,480 or 50%.

3

12.  Upon information and belief, there is presently one Mexican-American on the seven member school board.

13.  The at-large scheme interacts with social and historical conditions to cause an inequality in the opportunity of racial/ethnic minority voters to elect representatives of their choice as compared to white (Anglo-American) voters.

14. Upon information and belief, the combined minority population (African-American and Hispanic) of the HEREFORD ISD exceeds 52%.

15.  Upon information and belief, the Defendants employ an at-large, and staggered term election system.  These devices exacerbate the dillusionary effect of the at-large election system.

16.  The MEXICAN-AMERICAN community in the HEREFORD INDEPENDENT SCHOOL DISTRICT  is politically cohesive.

17.  There is sufficient minority population geographically concentrated in such a way that if single-member districts are created, minorities will be able to elect several representatives of their choice. The minority population is primarily concentrated in one area of the HEREFORD INDEPENDENT SCHOOL DISTRICT.

18.  Whites vote sufficiently as a bloc to enable them - in the absence of special circumstances, such as the minority candidate running unopposed - usually to defeat the minority group's preferred candidates.

VII.
EQUITIES

19.  Plaintiff has no adequate remedy at law other than the

4

judicial relief sought herein, and unless the Defendants are enjoined from continuing the present at-large scheme, Plaintiff will be irreparably harmed by the continuing violation of their statutory and constitutional rights. The unlawful and unconstitutional conditions complained of preclude the adoption of remedial provisions by the electorate.  The present electoral scheme is without any legitimate or compelling governmental interest and it arbitrarily and capriciously cancels, dilutes and minimizes the force and effect of the minorities voting strength.

## VIII.
## ATTORNEYS' FEES

20.  In accordance with 42 U.S.C., Sections 1973-1(e) and 1988, Plaintiff is entitled to recover reasonable attorneys' fees as part of her costs.

## IX.
## PRAYER

21.  WHEREFORE, PREMISES CONSIDERED, Plaintiff, prays that this Court:

   a) Assume jurisdiction of this action;

   b) Cite Defendants to appear and answer herein;

   c) Issue a declaratory judgment finding that the existing method of electing at-large members to the board of trustees of the HEREFORD INDEPENDENT SCHOOL DISTRICT is unconstitutional and/or unlawful, null and void;

   d) Permanently enjoin Defendants from calling, holding, supervising or certifying any further at large elections;

   e) Order the formation of an election scheme that eliminates the at large elections so as not to dilute, cancel out or minimize the voting strength of minority voters;

   f)  Adjudge all costs against Defendants, including reasonable attorneys' fees;

5

g) Retain jurisdiction to render any and all
   further orders that this Court may from time
   to time deem appropriate; and

h) Grant any and all further relief both at law
   and in equity to which the Plaintiff may show
   herself to be entitled.


                              Respectfully submitted,


                              ATTORNEY FOR PLAINTIFF

DATED: February 8, 1995
                              ROLANDO L. RIOS
                              Attorney at Law
                              115 E. Travis, Suite 1024
                              San Antonio, Texas 78205
                              Telephone:(210) 222-2102
                              Facsimile:(210) 222-2898
                              SBN:16935900


                              By: _____
                                  ROLANDO L. RIOS


6

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

2-95 CV-028

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

TRINI GAMEZ

## DEFENDANTS

HEREFORD INDEPENDENT SCHOOL DISTRICT, RON WEISHAAR, STEVE WRIGHT, RANDY TULLEY, JAMES MARSH, MIKE VEAZEY, JOE FLOOD and RAUL VALDEZ

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Deaf Smith
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Deaf Smith
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ROLANDO L. RIOS, Attorney at Law
115 E. Travis, Suite 1024
San Antonio, Texas 78205
(210) 222-2102

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.

DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)   Voting Rights action challenging Defendant HEREFORD INDEPENDENT SCHOOL DISTRICT at-large system of electing School Board Members under 42 U.S.C. 1973

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☒ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Other | | | |
| ☐ 290 All Other Real Property | | | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

Check YES only if demanded in complaint
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____    DOCKET NUMBER _____

DATE  February 8, 1995

SIGNATURE OF ATTORNEY OF RECORD  Rolando L. Rios

UNITED STATES DISTRICT COURT